**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GARY VARJABEDIAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION, et al.,<br><br>Defendants. | Case No.: SACV 15-00554-CJC(JCGx)<br><br>JUDGMENT |

Plaintiff Jerry Mutza brings this putative securities class action against Defendants Emulex Corporation, Emerald Merger Sub, Inc., and ten former members of Emulex's Board and management. Defendants moved to dismiss Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons stated in the Court's Order, Defendants' motions are **GRANTED**, and Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE**.

DATED: February 25, 2020

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE